**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Michael R. BARNA, Respondent**

**No. 392 EAL 2016**

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**The RIDGEWOOD GROUP, LLC, Petitioner**

**v.**

**MILLERS CAPITAL INSURANCE COMPANY, Respondent**

**No. 224 EAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Cash WRIGHT and Jasmine Wright, Petitioner**

**v.**

**STATE FARM INSURANCE COMPANY, Edward B. Rust and Deloris Bryant, Respondents**

**No. 287 EAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**